# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2477
_____

ANN K. HAWES, Wife,

Appellant,

v.

JOHN B. HAWES, Husband,

Appellee.

_____

On appeal from the Circuit Court for Suwannee County.
Kathryn R. Land, Judge.

May 11, 2026

PER CURIAM.

AFFIRMED.

ROWE, RAY, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Robert A. Sandow, Lake City, for Appellant.

Adam Vorhis of Blue Ridge Family Law Group, Asheville, NC; and Joshua Silverman of Silverman & Mack, LLC, Gainesville, for Appellee.